# Ex. A

1099 NEW YORK AVENUE NW
WASHINGTON D.C. 20001

**JENNER&BLOCK** LLP

Patrick W. Pearsall
Partner, Chair of Public International Law
202-637-6393
pwpearsall@jenner.com

December 3rd, 2019

**By Email**

The Honorable Dr. Priscilla Schwartz
Attorney General and Minister of Justice
The Republic of Sierra Leone
Freetown

Your Excellency, Attorney General, Minister of Justice, Dr. Schwartz:

This will confirm the engagement of Jenner & Block LLP, an Illinois limited liability partnership, ("Jenner") by the Republic of Sierra Leone ("you" or "the Republic"), and the basis upon which we will represent you, commencing on the 2nd December 2019.

1.  Scope of Representation. Jenner will represent you in connection with, and the scope of its engagement and duties to you shall relate solely to an arbitration captioned SL Mining Ltd. v. The Government of Sierra Leone, before a tribunal convened pursuant to the International Court of Arbitration of the International Chamber of Commerce ("the ICC matter"); an arbitration before a tribunal convened under the auspices of the International Centre of the Settlement of Investment Disputes captioned Gerald International Ltd. v. the Republic of Sierra Leone ("the ICSID matter"); and a proceeding currently before the United States District Court for the District of Columbia docketed as 1:19-cv-02888-RBW ("the Enforcement matter"), known herein as "the collective Matters"). Except as we may agree otherwise in writing, Jenner will represent only the Republic, and will not be representing any of its officials, officers, ministers, employees, or agents in the collective Matters. We may also represent certain affiliates or instrumentalities of the Republic, if requested and appropriate to do so, but that engagement will require a written agreement between Jenner and those additional entities.

Because the representation is limited to a specific undertaking, Jenner's acceptance of this engagement does not involve an undertaking to represent you or your interests in any other matter arising from the collective Matters unless specifically requested by you and agreed. Also, after completion of these collective Matters, changes may occur in pertinent laws or regulations

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC         WWW.JENNER.COM

Page 2

that will have an impact upon your future rights and liabilities. Unless you engage us after completion of the collective Matters to provide additional advice or counsel on issues arising from the collective Matters, Jenner will have no continuing obligation to advise or represent you with respect to future legal developments.

2.     Fees and Expenses. Jenner's fees are based upon hours charged on your behalf, recorded in tenth-of-an-hour increments. Our rates vary according to the experience and qualifications of those working on the matter. For the collective Matters, we have agreed on a flat-fee total of 1,500,000 USD per year for our services (but not including out of pocket expenses as discussed in the next paragraph). You agree to pay these fees in quarterly installments of 375,000 USD per quarter until the termination of proceedings in the collective Matters, with the first payment commencing on January 2020.

You also agree that if we prevail in either the ICC matter or the ICSID matter that we will seek reimbursement for cost of 100% of Jenner's fees actually incurred at our standard hourly rates from the claimant for that matter. Provided that the standard practice to get fees reimbursed if the state respondent prevails, shall not be a liability to the Republic to pay fees to Jenner, considering the negotiated discounted fee rate agreed upon between Jenner and the Republic was the basis for the consideration to hire Jenner to represent the GOSL. However, if we do prevail, you agree that Jenner's fees actually incurred at our standard hourly rates should be recovered from the claimant to the extent those fees are recoverable.

In addition to fees, Jenner will be entitled to reimbursement from you of out-of-pocket expenses and internal charges which Jenner incurs in connection with the representation for matters such as travel, electronic document maintenance, overseas telephone charges, filing fees, electronic funds transfers, photocopying and printing charges, and similar expenses. International air fare, if necessary, will be charged at business class rates (or first-class rate) ONLY for partner level Members of Jenner and Block, and Economy Class fares for other staff below Partners. Provided that pre-approval of all travels deemed necessary is obtain from the Republic of Sierra Leone.

Legal fees are exclusive of third-party costs that may be necessary to adequately represent you, including but not limited to expert fees, arbitrations costs, document services, and associated costs. These costs may run in the several hundred thousand U.S. dollars, or more. Before undertaking tasks that will result in third-party costs we will consult with you and obtain pre-approval. In some cases, our standard practice is to have certain charges for these outside retained services invoiced directly to you.

This letter acknowledges your agreement to pay all such invoices for which pre-approval has been obtained from the Republic, in a timely manner and to hold Jenner & Block harmless from your failure to do so. To the extent such third-party charges are paid directly by Jenner & Block, they will be included on our invoices.

The flat-fees and other charges for this matter are not in any way contingent upon its successful completion or outcome. Any advance estimates by us of expenses in connection with services to be performed are not a limitation nor binding commitment on our part as to the total charges for which you are responsible under the terms of this engagement. We will send you an invoice each month for the monthly installment of the fixed fee and for the disbursements and other expenses we incur in the prior month. If you question or dispute any invoice, we ask that it be brought to our attention within fourteen (14) days, so that any disputes or problems can be fairly and amicably resolved in a timely manner. Notwithstanding your payment of fees and expenses, any such payment shall not be deemed a waiver of your ability to audit Jenner's legal fees and expenses. Otherwise, it will be considered that you have agreed to the appropriateness of the charges shown on the invoice where such have been pre-approved by the Republic. You agree to pay the invoices for Jenner's charges within thirty (30) days of the date on which the statement was sent to you. Subject to the requirement of applicable legal ethics rules, Jenner reserves the right to stop work and may withdraw or seek leave to withdraw from their representation of you if the amount invoiced to you remains unpaid. Such withdrawal shall not affect Jenner's right to be paid in full for previously incurred but unpaid fees, charges and disbursements.

3. Provision of Information. It shall be your responsibility to provide us with all information that is reasonably required for us to advise you and to ensure that such information is and remains accurate in all material respects and is not misleading. Unless we agree otherwise, we will not check the accuracy or completeness of such information. By this letter, you represent that you are authorized to provide such information to us and that our use of such information will not infringe the rights of any third party.

4. Termination of Representation. Either of us may terminate this engagement at any time for any reason by providing written notice, subject on the part of Jenner to the requirements of applicable legal ethics rules. Unless Jenner agrees to render additional legal services for you, its representation of you and the attorney/client relationship will terminate upon Jenner sending its final statements for attorney services rendered in the collective Matters. Jenner's obligations to protect your confidential information and privileged communications under governing rules of professional responsibility survive the termination of the collective Matters.

Page 4

5. Document Retention. During the course of the representation, Jenner shall maintain a file on your behalf for the ICC matter, the ICSID matter, and the enforcement matter. Each file may include material you have given to us in connection with the representation, as well as other material such as pleadings, transcripts, exhibits, reports, contracts, certificates and other documents as are determined by Jenner to be reasonably necessary to the representation ("Your Files"). Your Files shall be and remain your property. Jenner may also include in each file its attorney work product, mental impressions, internal communications such as e-mails, drafts, and notes (collectively "Work Product"). Unless otherwise agreed between us, the Work Product shall be and remain the property of Jenner.

At the termination of the representation and for a period of seven (7) years thereafter, and provided there are no outstanding unpaid statements for fees and charges owed by you to Jenner, you shall have the right on request to take possession of Your Files, and subject to agreement by the parties, including the Work Product . In such event, Jenner at its expense may make and retain copies of all or portions of Your Files. If you do not request possession of Your Files within such seven (7) year period, Jenner will have no further responsibility for the retention and maintenance of Your Files and may at its option dispose of all or parts of Your Files without further notice to you.

7.    Choice of Law and Forum: This letter of Engagement shall be governed by and interpreted in accordance with the laws of the District of Columbia in the United States, without giving effect to the choice of law provisions thereof. The United States District Court for the District of Columbia and the appropriate courts of the District of Columbia shall have exclusive jurisdiction in relation to any claim, dispute or difference concerning the engagement and any matter arising from it. The parties submit to the jurisdiction of such Courts and irrevocably waive any right they may have to object to any action being brought in these Courts, to claim that the action has been brought in an inconvenient forum or to claim that those Courts do not have jurisdiction.

8.    Approval and Return of Signed Letter. Please signify your agreement to the Engagement for legal services described in this letter by returning to us a signed copy of the engagement letter. In most instances, we will not commence work on your behalf unless and until we have received the signed copy of this engagement letter. If, for some reason, we are required to commence work before you sign and return this letter, the effective date of our agreement to provide services will be the date on which we first performed services on your behalf. If you then fail to sign and return the letter, we will stop work, close the file and seek to recover from you the reasonable value of any services performed to that point.

Page 5

We are honored to have this opportunity to represent you.

Very truly yours,

Jenner & Block LLP

By: _Jason Yardley_
~~Patrick W. Pearsall~~ JASON YARDLEY
Partner

Accepted: The Republic of Sierra Leone

By: _Schwartz_

Printed name: PRISCILLA SCHWARTZ (Dr.)

Title: Attorney-General and Minister of Justice

Date: 27 December 2019