**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**Jenner & Block LLP,**

*Plaintiff,*

v.

**The Republic of Sierra Leone**,

*Defendant.*

Civil Action No. 1:22-cv-03599

---

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DIMISS

Plaintiff Jenner & Block LLP ("Jenner & Block") respectfully moves for an extension of time for Jenner & Block to respond to the Defendant the Republic of Sierra Leone's ("Defendant") Motion to (ECF No. 16).

Jenner & Block filed a Complaint against Defendant on November 30, 2022 (ECF No. 3). Defendant's Motion to Dismiss was timely filed on February 21, 2023.

Pursuant to LCvR 7(b), Jenner & Block's opposition memorandum would otherwise be due within 14 days of Defendant's filing of its Motion to Dismiss, or by March 7, 2023. Due to counsel's professional schedule and the nature of the issues, Jenner & Block seeks a ten (10) day enlargement of time, to March 17, 2023, within which to file its response. Under LCvR 7(m), undersigned counsel conferred with Defendant's counsel, who stated that Defendant does not oppose the relief requested by this motion. Jenner & Block has not received any prior extension to respond to Defendant's Motion to Dismiss, and such an extension will not interfere with any

hearing or other deadlines set by the Court.

WHEREFORE, Jenner & Block respectfully requests that the Court extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss from March 7, 2023, to March 17, 2023.

Dated:  March 1, 2023

Respectfully submitted,

JENNER & BLOCK LLP

*/s/* Kali N. Bracey

Kali N. Bracey (#458965)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

David Jimenez-Ekman (pro hac vice)
Maria del Carmen Gonzalez (pro hac vice)
353 N. Clark Street
Chicago, Illinois 60654-3456
Phone:  312 222-9350

*Attorneys for Jenner & Block*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**Jenner & Block LLP,**


*Plaintiff,*

        v.

**The Republic of Sierra Leone**,


*Defendant.*

_____

Civil Action No. 1:22-cv-03599

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Unopposed Motion for An Extension of Time to Respond to Defendant's Motion to Dismiss, it is hereby:

ORDERED that the time for the Plaintiff to oppose Defendant's Motion to Dismiss is extended to and including March 17, 2023.

IT IS SO ORDERED.


DATED: _____          _____

HON. TANYA CHUTKAN
UNITED STATED DISTRICT JUDGE