UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Jenner & Block LLP,**

*Plaintiff*,

v.

**The Republic of Sierra Leone**,

*Defendant*.

Civil Action No. 1:22-cv-03599

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearance of David Jimenez-Ekman on behalf of Plaintiff Jenner & Block. Mr. Jimenez-Ekman's last day at Jenner & Block will be May 31, 2023. Plaintiff will continue to be represented by Kali Bracey and María del Carmen González of Jenner & Block.

-2-

Dated: May 31, 2023

Respectfully submitted,

JENNER & BLOCK LLP

<u>/s/ Kali N. Bracey</u>

Kali N. Bracey (#458965)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

Maria del Carmen Gonzalez (via pro hac vice)
353 N. Clark Street
Chicago, Illinois 60654-3456
Phone: 312 222-9350

*Attorneys for Jenner & Block*

-3-

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on May 31, 2023, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all counsel of record.

*/s/ Kali Bracey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Jenner & Block LLP,**

    *Plaintiff*,

    v.

**The Republic of Sierra Leone**,

    *Defendant*.

Civil Action No. 1:22-cv-03599

### PROPOSED ORDER ON MOTION TO WITHDRAW APPEARANCE

Upon consideration of the motion to withdraw the Appearance of David Jimenez-Ekman on behalf of Plaintiff Jenner & Block LLP, it is hereby ORDERED that the motion is GRANTED.

DATED: _____    _____

                                           HON. TANYA CHUTKAN
                                           UNITED STATED DISTRICT JUDGE