AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JENNER & BLOCK LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-CV-03599 |
| THE REPUBLIC OF SIERRA LEONE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jenner & Block, LLP.

Date:  06/26/2023

/s/ Michael T. Brody
*Attorney's signature*

Michael T. Brody IL Bar  No. 6187223
*Printed name and bar number*

Jenner & Block, LLP
353 N Clark St.
Chicago, IL 60654
*Address*

mbrody@jenner.com
*E-mail address*

(312) 923-2711
*Telephone number*

*FAX number*