UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP,

       Plaintiff/Counterclaim-Defendant,

v.

The Republic of Sierra Leone,

       Defendant/Counterclaim-Plaintiff.

Civil Action No. 1:22-cv-03599

**NOTICE OF WITHDRAWAL OF MOTION TO EXTEND
TIME TO PERMIT ROLLING PRODUCTION OF DOCUMENTS**

On May 1, 2025, the undersigned counsel filed a Motion to Extend Time to Permit Rolling Production of Documents, ECF Dkt. No. 38 on this Court's docket for the subject case. After discussing the matter with counsel for Defendant the Republic of Sierra Leone, the parties have resolved the matter and the undersigned counsel hereby requests to withdraws that motion as moot.

Dated: May 2, 2025

                         Respectfully submitted,

                         JENNER & BLOCK LLP

                         <u>*/s/ Michael T. Brody*</u>
                         Michael T. Brody

                         Matthew S. Hellman (#484132)
                         1099 New York Avenue, NW
                         Suite 900
                         Washington, DC 20001-4412
                         Phone: 202 639-6000
                         Fax: 202 639-6066
                         MHellman@jenner.com

                         Michael T. Brody (pro hac vice)
                         Maria C. Gonzalez (pro hac vice)
                         353 N. Clark Street
                         Chicago, Illinois 60654-3456
                         Phone:  312 222-9350
                         MBrody@jenner.com
                         MGonzalez@jenner.com

                         *Attorneys for Jenner & Block*

**CERTIFICATE OF SERVICE**

      I certify that on May 2, 2025, I caused a true and correct copy of the foregoing to be served upon all counsel of record via the ECF system.

*/s/ Michael T. Brody*
Michael T. Brody

*Attorney for Jenner & Block*
