IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNER & BLOCK LLP** | : | |
| | : | |
| *Plaintiff/Counterclaim-Defendant,* | : | |
| | : | |
| v. | : | Civil Action No.  1:22-cv-03599-TSC |
| | : | |
| **THE REPUBLIC OF SIERRA LEONE,** | : | |
| | : | |
| *Defendant/Counterclaim-Plaintiff.* | : | |

**JOINT MOTION TO STAY PENDING SETTLEMENT**

Plaintiff/Counterclaim-Defendant Jenner & Block LLP and Defendant/Counterclaim-Plaintiff The Republic of Sierra Leone (collectively, the "Parties") hereby submit this Joint Motion to Stay the above-captioned matter for thirty (30) days pending the finalization of settlement.  The Parties have reached a settlement in principle of this matter and anticipate that settlement will be finalized within this thirty (30) day period.  Upon finalization of the settlement or no later than thirty (30) days from the date of this stay, the Parties shall advise the Court as to the status of the settlement through a stipulation of dismissal or written report.

WHEREFORE, the Parties jointly and respectfully request that the Court grant the foregoing Joint Motion to Stay Pending Settlement.

[*signatures follow*]

| | |
|---|---|
| Respectfully Submitted, | Dated: November 13, 2025 |
| **JENNER & BLOCK LLP** | **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.** |
| */s/ Michael T. Brody* | */s/ Jackson S. Nichols* |
| Michael T. Brody (pro hac vice) | Jackson S. Nichols (#975511) |
| | |
| Matthew S. Hellman (#484132) | Paul S. Thaler (#416614) |
| Michael T. Brody (pro hac vice) | Jackson S. Nichols (#975511) |
| Maria C. Gonzalez (pro hac vice) | Casey J. McKinnon (#1643701) |
| 353 N. Clark Street | 900 Seventh Street, NW, Ste. 725 |
| Chicago, Illinois 60654 | Washington, D.C. 20001 |
| Tel.: (312) 222-9350 | Tel.: (202) 466-4110 |
| MHellman@jenner.com | pthaler@cohenseglias.com |
| MBrody@jenner.com | jnichols@cohenseglias.com |
| MGonzalez@jenner.com | cmckinnon@cohenseglias.com |
| *Attorneys for Jenner & Block LLP* | *Attorneys for The Republic of Sierra Leone* |