IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNER & BLOCK LLP,** : | |
| : | |
| *Plaintiff/Counterclaim-Defendant*, : | |
| : | |
| v. : | Civil Action No. 1:22-cv-03599-TSC |
| : | |
| **THE REPUBLIC OF SIERRA LEONE,** : | |
| : | |
| *Defendant/Counterclaim-Plaintiff.* : | |

## JOINT STATUS REPORT

Pursuant to this Court's November 14, 2025 Minute Order staying the above-captioned matter, Plaintiff / Counterclaim-Defendant Jenner & Block LLP and Defendant / Counterclaim-Plaintiff The Republic of Sierra Leone (collectively, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of settlement efforts in this matter.

The Parties continue diligently working towards documenting a settlement in principle previously reported to the Court. At this time, the Parties require additional time to negotiate key terms and secure final approval from the various decision-makers involved in settlement discussions. The Parties currently anticipate that the details of the settlement will be finalized within the next forty-five (45) days and respectfully request that the existing stay be extended to pursue and, they hope, to complete the settlement efforts.

Upon finalization of the settlement, or no later than forty-five (45) days from the date of this Report, the Parties shall advise the Court as to the status of the settlement through a stipulation of dismissal or written report.

*[signatures follow]*

| | |
|---|---|
| Respectfully Submitted, | Dated: December 15, 2025 |
| **JENNER & BLOCK LLP** | **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.** |
| */s/ Michael T. Brody* | */s/ Jackson S. Nichols* |
| Michael T. Brody (pro hac vice) | Jackson S. Nichols (#975511) |
| Matthew S. Hellman (#484132) | Paul S. Thaler (#416614) |
| Michael T. Brody (pro hac vice) | Jackson S. Nichols (#975511) |
| Maria C. Gonzalez (pro hac vice) | Casey J. McKinnon (#1643701) |
| 353 N. Clark Street | 900 Seventh Street, NW, Ste. 725 |
| Chicago, Illinois 60654 | Washington, D.C. 20001 |
| Tel.: (312) 222-9350 | Tel.: (202) 466-4110 |
| MHellman@jenner.com | pthaler@cohenseglias.com |
| MBrody@jenner.com | jnichols@cohenseglias.com |
| MGonzalez@jenner.com | cmckinnon@cohenseglias.com |
| *Attorneys for Jenner & Block LLP* | *Attorneys for The Republic of Sierra Leone* |