**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jenner & Block LLP, <br><br>   *Plaintiff/Counterclaim-Defendant*, <br><br><br> v. <br><br><br> The Republic of Sierra Leone, <br><br>   *Defendant/Counterclaim-Plaintiff*. | Civil Action No. 1:22-cv-03599 |

## JOINT STATUS REPORT

By Minute Order dated March 25, 2026, the Court instructed Plaintiff / Counterclaim-Defendant Jenner & Block LLP ("Jenner & Block") and Defendant / Counterclaim-Plaintiff The Republic of Sierra Leone ("Sierra Leone") to file a stipulation of dismissal or a joint status report by April 10, 2026. Accordingly, the Parties file this Joint Status Report and state as follows:

1. In an order entered November 14, 2025, the Court stayed this case at the Parties' request, to permit the Parties to complete a settlement.

2. The Parties have agreed upon all settlement terms and have confirmed in separate writings. However, the settlement has not yet been consummated because Sierra Leone has not tendered the settlement payment required to dismiss the case. Although the Parties intended for Sierra Leone to make that payment by March 16, 2026, it has not yet made the payment because, it states, due to internal processes nearing completion.

3. Counsel for Sierra Leone has represented to Jenner & Block that Sierra Leone has communicated to him that payment is imminent. Counsel for Sierra Leone has shared with Jenner

& Block a letter from the government of Sierra Leone dated March 26, 2026, stating that the settlement payment has been "fully approved and authorized." The letter states that payment will be made "as soon as the Ministry of Finance instruct[s] the Bank of Sierra Leone to effect the said transfer." To date, however, Jenner & Block has not received the payment.

4.    Jenner & Block suggests that the Court set a relatively short deadline (*e.g.* 14 days) for Sierra Leone to report to the Court whether the settlement payment has been made, and if not, why not. Jenner & Block respectfully submits that such a requirement would help clarify whether and when payment can be expected, which will inform the next steps in the case.

Dated: April 10, 2026                                Respectfully submitted,

                                                     Jenner & Block LLP

                                                     /s/ *Matthew S. Hellman*
                                                     Matthew S. Hellman

                                                     Matthew S. Hellman (#484132)
                                                     1099 New York Avenue, NW
                                                     Suite 900
                                                     Washington, DC 20001-4412
                                                     Phone: 202 639-6000
                                                     Fax: 202 639-6066
                                                     MHellman@jenner.com

                                                     Maria C. Gonzalez (pro hac vice)
                                                     353 N. Clark Street
                                                     Chicago, Illinois 60654-3456
                                                     Phone:  312 222-9350
                                                     MBrody@jenner.com
                                                     MGonzalez@jenner.com

                                                     *Attorneys for Jenner & Block*

                                                     Cohen Seglias Pallas
                                                     Greenhall & Furman, P.C.

2

/s/ Paul S. Thaler
Paul S. Thaler

Paul S. Thaler (Bar ID 416614)
Jackson S. Nichols (Bar ID 975511)
Casey J. McKinnon (Bar ID 1643701)
900 Seventh Street, NW
Suite 725
Washington, DC 20001
(202) 466-4110
pthaler@cohenseglias.com
jnichols@cohenseglias.com
cmckinnon@cohenseglias.com

*Attorneys for The Republic of Sierra Leone*