**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JENNER & BLOCK LLP,** | : | Civil Action No. 22-cv-3599 (TSC) |
|  | : |  |
| Plaintiff/Counterclaim-Defendant, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **THE REPUBLIC OF SIERRA LEONE,** | : |  |
|  | : |  |
| Defendant/Counterclaim-Plaintiff. | : |  |
|  | : |  |

**MOTION OF COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C., TO**
**WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF**

Cohen Seglias Pallas Greenhall & Furman, P.C. ("Movant"), hereby moves this Court for

an order withdrawing Movant's appearance as counsel for Defendant/Counterclaim-Plaintiff, The

Republic of Sierra Leone ("Sierra Leone" or "Defendant") in the above-captioned action.

In support of Movant's motion to withdraw as counsel for Defendant, Movant relies on

the Points and Authorities filed herewith, which are incorporated herein by reference.

WHEREFORE, Movant respectfully requests that the Court enter an order withdrawing

Movant's appearance as counsel for Defendant in the instant action.

|  |  |
|---|---|
| Date: July 2, 2026 | **COHEN SEGLIAS PALLAS GREENHALL**<br>**& FURMAN, P.C.** |

       */s/ Jackson S. Nichols*
Paul S. Thaler, Esq. (Bar ID 416614)
Jackson S. Nichols, Esq. (Bar ID 975511)
Casey J. McKinnon, Esq. (Bar ID 1643701)
900 Seventh Street, N.W., Suite 725
Washington, DC 20001
(202) 466-4110
pthaler@cohenseglias.com
jnichols@cohenseglias.com
cmckinnon@cohenseglias.com

*Attorneys for The Republic of Sierra Leone*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I caused all parties who have entered an appearance in this action and registered for service to be served via filing through the Court's e-filing system.

Additionally, I caused a copy of the foregoing to be served upon Defendant, The Republic of Sierra Leone, by U.S. mail at its last-known address at 1701 19th Street NW, Washington, DC 20009.

*/s/ Jackson S. Nichols*
Jackson S. Nichols

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JENNER & BLOCK LLP,** | : | Civil Action No. 22-cv-3599 (TSC) |
|  | : |  |
| Plaintiff/Counterclaim-Defendant, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **THE REPUBLIC OF SIERRA LEONE,** | : |  |
|  | : |  |
| Defendant/Counterclaim-Plaintiff. | : |  |
|  | : |  |

**POINTS AND AUTHORITIES OF COHEN SEGLIAS PALLAS GREENHALL &
FURMAN, P.C., IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF**

Cohen Seglias Pallas Greenhall & Furman, P.C. ("Movant"), hereby moves the Court,

pursuant to U.S. District Court for the District of Columbia Local Rule 83.6(c), for an order

withdrawing its appearance in the above-captioned action as counsel for

Defendant/Counterclaim-Plaintiff, The Republic of Sierra Leone ("Sierra Leone" or

"Defendant"). For its Points and Authorities, Movant avers as follows:

1. Defendant engaged Movant to represent its interests in the instant action.

2. The attorneys from Movant who entered appearances in the instant action on behalf of

Defendant are Paul S. Thaler, Jackson S. Nichols, and Casey J. McKinnon.

3. Defendant and Movant entered into an agreement wherein Defendant agreed to

compensate Movant on an hourly basis for professional services performed, and to be

responsible for all costs and expenses incurred on Defendant's behalf or at its direction.

4. At Defendant's direction, Movant has been taking action on behalf of Defendant to

defend against claims raised by Plaintiff/Counterclaim-Defendant, Jenner & Block.

5. Movant is unable to continue its representation of Defendant due to professional considerations which require Movant's withdrawal.

6. Movant has advised Defendant that it would seek leave of Court to withdraw its appearance in the instant action due to the above-referenced professional considerations.

7. Movant's communications and correspondence with Defendant contain privileged information and, therefore, are not attached hereto.

8. Movant is prepared to provide further information to the Court if required, and requests that such information, if required by the Court, be provided for *in camera* review in order to preserve Defendant's attorney-client privilege.

9. D.C. District Court Local Rule 83.6(c) allows an attorney to withdraw their appearance upon motion to the Court. See Local Civ. Rule 83.6(c)

10. The Court may allow an attorney to withdraw unless "the withdrawal would unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice." See Local Civ. Rule 83.6(d)

11. Movant's withdrawal as Defendant's counsel would not unduly delay trial of this case because no trial date has been set.

12. The withdrawal of Movant as Defendant's counsel would not unduly prejudice any party, as, at this time, no trial date has been set in this matter.

WHEREFORE, Movant respectfully requests that the Court enter an order withdrawing Movant's appearance as counsel for Defendant, The Republic of Sierra Leone, in this action.

*(signature on following page)*

Date: July 2, 2026

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

*/s/ Jackson S. Nichols*

Paul S. Thaler, Esq. (Bar ID 416614)
Jackson S. Nichols, Esq. (Bar ID 975511)
Casey J. McKinnon, Esq. (Bar ID 1643701)
900 Seventh Street, N.W., Suite 725
Washington, DC 20001
(202) 466-4110
pthaler@cohenseglias.com
jnichols@cohenseglias.com
cmckinnon@cohenseglias.com
*Attorneys for The Republic of Sierra Leone*

## RULE 83.6(c) CERTIFICATE

I HEREBY CERTIFY that Cohen Seglias Pallas Greenhall & Furman, P.C. served upon Defendant, The Republic of Sierra Leone ("Sierra Leone"), a copy of the Motion of Cohen Seglias Pallas Greenhall & Furman, P.C. To Withdraw As Counsel For Defendant/Counterclaim-Plaintiff (the "Motion"), and advised Sierra Leone that (i) it must obtain other counsel or (ii) should it choose to conduct the case *pro se* or to object to the withdrawal, that it must notify the Clerk in writing within seven days of service of the instant Motion. Sierra Leone's last-known address is 1701 19th Street NW, Washington, DC 20009.

*/s/ Jackson S. Nichols*
Jackson S. Nichols

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I caused all parties who have entered an appearance in this action and registered for service to be served via filing through the Court's e-filing system.

Additionally, I caused a copy of the foregoing to be served upon Defendant, The Republic of Sierra Leone, by U.S. mail at its last-known address at 1701 19th Street NW, Washington, DC 20009.

*/s/ Jackson S. Nichols*
Jackson S. Nichols