**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Jenner & Block LLP, <br><br> *Plaintiff/Counterclaim-Defendant*, <br><br> v. <br><br><br> The Republic of Sierra Leone, <br><br> *Defendant/Counterclaim-Plaintiff*. | Civil Action No. 1:22-cv-03599 |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCES OF**
**KALI BRACEY AND MICHAEL T. BRODY**

1.      Plaintiff and Counterclaim Defendant Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearances of Kali Bracey and Michael T. Brody.

2.      Ms. Bracey and Mr. Brody will no longer represent Jenner & Block in this matter.

3.      Jenner & Block will continued to be represented by Matthew S. Hellman and María del Carmen González.  Another attorney, Daniel Weiss, will be filing a motion to appear *pro hac vice* on behalf of Jenner & Block.

4.      The Republic of Sierra Leone does not oppose this motion.


Dated: July 7, 2026          Respectfully submitted,

                              Jenner & Block LLP

                              /s/ Matthew S. Hellman
                              Matthew S. Hellman

Matthew S. Hellman (#484132)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066
MHellman@jenner.com

Daniel J. Weiss (pro hac vice to be filed)
Maria C. Gonzalez (pro hac vice)
353 N. Clark Street
Chicago, Illinois 60654-3456
Phone:  312 222-9350
MBrody@jenner.com
MGonzalez@jenner.com

*Attorneys for Jenner & Block*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, I filed the foregoing document with the Clerk of Court for the U.S District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying documents will be sent via email to the below:

Paul S. Thaler (Bar ID 416614)
Jackson S. Nichols (Bar ID 975511)
Casey J. McKinnon (Bar ID 1643701)
900 Seventh Street, NW
Suite 725
Washington, DC 20001
(202) 466-4110
pthaler@cohenseglias.com
jnichols@cohenseglias.com
cmckinnon@cohenseglias.com

Dated: July 7, 2026                     /s/ Matthew S. Hellman
                                        Matthew S. Hellman

                                        Matthew S. Hellman (#484132)
                                        1099 New York Avenue, NW
                                        Suite 900
                                        Washington, DC 20001-4412
                                        Phone: 202 639-6000
                                        Fax: 202 639-6066
                                        MHellman@jenner.com

                                        *Counsel of Record for Plaintiff /*
                                        *Counterclaim-Defendant Jenner & Block LLP*