**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

Jenner & Block LLP,

       *Plaintiff/Counterclaim-Defendant*,

v.

The Republic of Sierra Leone,

       *Defendant/Counterclaim-Plaintiff.*

Civil Action No. 1:22-cv-03599

---

### OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL

Plaintiff Jenner & Block, LLP "(Jenner & Block") respectfully submits this opposition to the motion to withdraw as counsel filed by counsel to Defendant The Republic of Sierra Leone ("Sierra Leone") (ECF No. 55).

Jenner & Block regretfully must oppose the motion because of Sierra Leone's ongoing failures to meet its obligations in this case. Permitting counsel for Sierra Leone to withdraw without identifying any replacement counsel threatens to exacerbate those failures and unnecessarily prolong this litigation.

As Sierra Leone has acknowledged in filings with the Court: (1) the parties reached a settlement in this matter in late 2025; (2) Sierra Leone was to pay Jenner & Block in March 2026 under that settlement; (3) Sierra Leone failed to make that payment; and (4) since that time, Sierra Leone has repeatedly represented to Jenner & Block *and the Court* that payment is "imminent" and that payment had been delayed only because "the Minister of Finance was out of the country" temporarily. (ECF Nos. 52, 53, 54.) Despite those many representations to the Court about forthcoming payment, Sierra Leone still has not paid, has not provided any explanation for its

conduct (beyond the now stale "out of the country" excuse), and has not offered any information about when it might complete its settlement obligations and permit this case to be dismissed.

Given those circumstances, permitting Sierra Leone's counsel to withdraw without substitute counsel identified will prejudice Jenner & Block and hamper Jenner & Block's ability to conclude this litigation. It is not clear that a nation may represent itself *pro se*, nor that any substitute counsel will be willing to appear in these circumstances. If Sierra Leone is unrepresented, Jenner & Block would be required to proceed with a default judgment, and then proceedings to collect, which would require additional time and resources from the Court and Jenner & Block in a matter that Sierra Leone represented to the Court had been settled.

Jenner & Block therefore respectfully suggests that the Court deny the motion to withdraw. Alternatively, Jenner & Block suggests that the Court set a hearing on the motion so that the Court may be advised by counsel for Sierra Leone as to the status of communications with Sierra Leone, Sierra Leon's plans for its future representation in this matter, and the possibility of resolving this matter, as Siera Leone has repeatedly represented to the Court it has agreed to do.

Respectfully submitted,

Jenner & Block LLP

/s/ Matthew S. Hellman
Matthew S. Hellman (#484132)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202-639-6000
Fax: 202-639-6066
MHellman@jenner.com

Daniel J. Weiss (pro hac vice submitted)
Maria C. Gonzalez (pro hac vice)

2

353 N. Clark Street
Chicago, Illinois 60654-3456
Phone: 312-923-4517
DWeiss@jenner.com
MGonzalez@jenner.com
*Attorneys for Jenner & Block LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I filed the foregoing document with the Clerk of Court for the U.S District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying documents will be sent via email to the below:

Paul S. Thaler (Bar ID 416614)
Jackson S. Nichols (Bar ID 975511)
Casey J. McKinnon (Bar ID 1643701)
900 Seventh Street, NW
Suite 725
Washington, DC 20001
(202) 466-4110
pthaler@cohenseglias.com
jnichols@cohenseglias.com
cmckinnon@cohenseglias.com

Dated: July 16, 2026

/s/ Matthew S. Hellman
Matthew S. Hellman

Matthew S. Hellman (#484132)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066
MHellman@jenner.com

*Counsel of Record for Plaintiff /
Counterclaim-Defendant Jenner & Block LLP*