**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JENNER & BLOCK LLP,

      Plaintiff,

          v.

THE REPUBLIC OF SIERRA LEONE,

      Defendant.

C.A. No: 1:22-cv-03599

**DEFENDANT'S CONSENT MOTION FOR CONTINUANCE**
**OF STATUS CONFERENCE SET FOR JULY 29, 2026**

Defendant the Republic of Sierra Leone ("Sierra Leone") respectfully moves for a continuance of the status conference set for July 29, 2026.  Plaintiff Jenner & Block LLP ("Jenner") consents to this request. In support thereof, Sierra Leone states as follows:

1. On July 2, 2026, undersigned counsel filed its motion to withdraw as counsel for Sierra Leone ("Motion to Withdraw").

2. On July 20, 2026, Jenner filed its opposition to the Motion to Withdraw.

3. Later on July 20, 2026, the court issued an order setting a Status Conference for July 29, 2026 at 11:00am in connection with the Motion to Withdraw.

4. Undersigned counsel Paul Thaler, the lead attorney on this case, has been the primary contact with Sierra Leone throughout this matter.  Mr. Thaler is unavailable on July 29, 2026 due to a previously scheduled arbitration through the District of Columbia Bar's Attorney/Client Arbitration Board ("ACAB") which has previously been rescheduled multiple times and for which Mr. Thaler sits as the chair of this panel.

5. Given Mr. Thaler's position with the ACAB and the fact that the arbitration hearing has previously been rescheduled multiple times, undersigned counsel must regretfully inform the

Court that he is unable to attend this Court's hearing. Accordingly, counsel seeks a brief continuance of the July 29, 2026 Status Conference.

6. Additionally, in order to provide the Court with full information about the status of this matter, Mr. Thaler's role as lead counsel and primary contact with Sierra Leone requires him to be present at the Status Conference rather than another attorney from the same firm.

7. Mr. Thaler has availability on the following dates within the two weeks after July 29, 2026:

    a. August 4, August 5, August 12 and August 13

8. Undersigned counsel also sought the consent of Jenner, which has consented to a continuance and also is available on the dates listed above.

WHEREFORE, the Republic of Sierra Leone respectfully requests that the Court continue the July 29, 2026 Status Conference to a date convenient to the Court based on the available dates provided herein.

Date: July 22, 2026                    **COHEN SEGLIAS PALLAS GREENHALL**
                                       **& FURMAN, P.C.**


                                       _/s/ Jackson S. Nichols_
                                       Paul S. Thaler, Esquire (Bar ID 416614)
                                       Jackson S. Nichols (Bar ID 975511)
                                       Casey J. McKinnon (Bar ID 1643701)
                                       900 Seventh Street N.W.
                                       Suite 725
                                       Washington, DC 20001
                                       (202) 466-4110
                                       pthaler@cohenseglias.com
                                       jnichols@cohenseglias.com
                                       _Attorneys for the Republic of Sierra Leone_

## **CERTIFICATE OF SERVICE**

I, Jackson S. Nichols, Esq., certify that on this date, I caused a true and correct copy of the foregoing Consent Motion to be served via the Court's ECF system to counsel for Plaintiff/Counterclaim-Defendant Jenner & Block, LLP.


Dated:  July 22, 2026                    */s/ Jackson S. Nichols*
                                         Jackson S. Nichols, Esq.