**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JENNER & BLOCK LLP,

      Plaintiff,

                v.

THE REPUBLIC OF SIERRA LEONE,

      Defendant.

C.A. No: 1:22-cv-03599

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S
<u>REQUESTS FOR ADMISSION</u>**

Defendant the Republic of Sierra Leone ("Sierra Leone") respectfully moves for an extension of time for it to respond to Plaintiff's Second Set of Requests for Admission, served by Plaintiff Jenner & Block ("Jenner") on July 15, 2026. In support thereof, Defendant states as follows:

1.      On July 2, 2026, undersigned counsel filed its Motion of Cohen Seglias Pallas Greenhall & Furman, P.C. to Withdraw as Counsel ("Motion to Withdraw"), noting that "professional considerations . . . require Movant's withdrawal."

2.      On July 15, 2026, Jenner served Plaintiff's Second Set of Requests for Admission on Sierra Leone ("Requests for Admissions"), responses to which are currently due on August 14, 2026.

3.      On July 16, 2026, Jenner filed its Opposition to the Motion to Withdraw.

4.      On July 20, 2026, the Court issued a Minute Order that *sua sponte* scheduled a Status Conference on July 29, 2026 to address the Motion to Withdraw. That Status Conference was re-scheduled by consent of the parties and order of the Court to August 5, 2026.

5. Until the Court rules on the pending Motion to Withdraw, undersigned counsel continues to be counsel of record in this case.

6. However, at this time, undersigned counsel is unable to respond to the Requests for Admissions.

7. Given that and the pending Motion to Withdraw, undersigned counsel requests that the Court extend the time for Sierra Leone to respond to the Requests for Admission by three weeks to September 4, 2026, or some other time that the Court deems appropriate that would allow sufficient time for (1) resolution of the pending Motion to Withdraw and (2) Sierra Leone to obtain substitute counsel in the event that the Court grants the Motion to Withdraw.

8. Pursuant to LCvR 7(m), undersigned counsel made two attempts to obtain the consent of Jenner to the relief requested herein, but Jenner did not respond to undersigned counsel's requests. This extension will not interfere with any hearing or other deadlines set by the Court.

WHEREFORE, the Republic of Sierra Leone respectfully requests that the Court extend Defendant's deadline to respond to Plaintiff's Second Set of Requests for Admission from August 14, 2026, to September 4, 2026, or some other time that the Court deems appropriate.

Date: July 31, 2026

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

*/s/ Jackson S. Nichols*
Paul S. Thaler, Esquire (Bar ID 416614)
Jackson S. Nichols (Bar ID 975511)
Casey J. McKinnon (Bar ID 1643701)
900 Seventh Street N.W.
Suite 725
Washington, DC 20001
(202) 466-4110
jnichols@cohenseglias.com
*Attorneys for the Republic of Sierra Leone*

## CERTIFICATE OF SERVICE

I, Jackson S. Nichols, Esq., certify that on this date, I caused a true and correct copy of the foregoing *Motion* to be served the Court's ECF system to counsel for Plaintiff/Counterclaim-Defendant Jenner & Block, LLP.


Dated:  July 31, 2026                          /s/ *Jackson S. Nichols*
                                               Jackson S. Nichols, Esq.