**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Jenner & Block LLP,

*Plaintiff/Counterclaim-Defendant*,

v.

The Republic of Sierra Leone,

*Defendant*.

Civil Action No. 1:22-cv-03599

**PLAINTIFF JENNER & BLOCK'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT**

Plaintiff Jenner & Block LLP ("Jenner & Block") respectfully moves for a two-week extension of time to file a motion for judgment, from September 18, 2026 to October 2, 2026. In support thereof, Jenner & Block respectfully states as follows:

On June 15, 2026, the Court entered a scheduling order setting out a discovery schedule and a deadline of September 18, 2026, for Jenner & Block to file a motion for judgment against Defendant ("Sierra Leone"). (June 15, 2026 Min. Order.) On August 7, 2026, the Court entered an order permitting Sierra Leone's counsel to withdraw from representing it in this matter. (Aug. 7, 2026 Min. Order.) In that order, the Court warned Sierra Leone "that failure to obtain substitute counsel and to participate in this litigation may result in the entry of default judgment and other consequences." (*Id.*) No new counsel for Sierra Leone has appeared in this matter, nor has Sierra Leone responded in any other way to the Court's August 7 order.

Jenner & Block intends to file a motion for default and default judgment against Sierra Leone shortly. Jenner & Block asks the Court for an additional 14 days to complete the preparation of that motion, extending the deadline from September 18, 2026 to October 2, 2026.

Pursuant to LCvR 7(m), undersigned counsel states that Defendant is unrepresented and Jenner & Block has no means to confer with Sierra Leone about its position on this motion.

WHEREFORE, Jenner & Block respectfully requests that the Court extend Plaintiff's deadline to file a motion for judgment from September 18, 2026 to October 2, 2026.

Dated: September 17, 2026

Respectfully submitted,

JENNER & BLOCK LLP

*/s/ Matthew S. Hellman*
Matthew S. Hellman

Matthew S. Hellman (#484132)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066
MHellman@jenner.com

Daniel Weiss (pro hac vice)
Maria C. Gonzalez (pro hac vice)
353 N. Clark Street
Chicago, Illinois 60654-3456
Phone: 312 222-9350
DWeiss@jenner.com
MGonzalez@jenner.com

*Attorneys for Jenner & Block*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jenner & Block LLP,<br><br>*Plaintiff/Counterclaim-Defendant*,<br><br>v.<br><br>The Republic of Sierra Leone,<br><br>*Defendant*. | Civil Action No. 1:22-cv-03599 |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File Motion for Judgment, it is hereby:

ORDERED that the time for Plaintiff to file a motion for judgment is extended to and including October 2, 2026.

IT IS SO ORDERED.

DATED: _______________ ________________________________

HON. TANYA CHUTKAN
UNITED STATES DISTRICT JUDGE