**EXPRESS ENVELOPE** **XPD** DHL

2026-10-02 MYDHL+ 1.0 / "30-0821"

From : Jenner & Block LLP
Matthew Hellman
1099 New York Avenue Northwest

20001 WASHINGTON DISTRICT OF COLUMBIA
United States of America

Origin: **DCA**

To : Republic of Sierra Leone
Mohamed Rahman Swarry MFA
OAU DRIVE, Tower Hill

**FREETOWN Sierra Leone**
**Sierra Leone**

Contact: Mohamed Rahman Swarry MFA

# SL-FNA-FNA

**ADI**

Day Time

Ref: 93333-12995

Pce/Shpt Weight **0.5 lbs**

Piece **1/1**

Contents: Letter, correspondence

WAYBILL 15 9464 9346

(2L)SL:FNAFNA+52000000

(J) JD01 4600 0127 7401 0152

3050007946 ADM

1-800-CALL DHL

DHL EXPRESS

© 2006 All rights