**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jenner LLP,<br>*Plaintiff/Counterclaim-Defendant*,<br>v.<br>The Republic of Sierra Leone,<br>*Defendant/Counterclaim-Plaintiff*. | Civil Action No. 1:22-cv-03599 |

**Notice of Non-Response**

1. Plaintiff/Counterclaim-Defendant Jenner & Block LLP ("Jenner") filed its Motion to Enforce Settlement, ECF No. 65 (the "Motion"), on October 2, 2026. Jenner served the Motion on Defendant/Counterclaim-Plaintiff the Republic of Sierra Leone ("Sierra Leone") on October 12, 2026, by DHL international courier to Sierra Leone's last known address at OAU Drive, Tower Hill, Freetown, Sierra Leone. *See* Proof of Delivery, attached as Exhibit A.

2. Local Civil Rule 7(b) allows an opposing party 14 days from the date of service to file an opposition to a motion. Because the Motion was served by international courier, Jenner has calculated the deadline conservatively to include the three additional days that Federal Rule of Civil Procedure 6(d) provides for certain methods of service, making Sierra Leone's opposition due on October 29, 2026. That date has passed, and Sierra Leone has not filed an opposition or requested an extension of time. Under Local Civil Rule 7(b), "the Court may treat the motion as conceded."

Dated: October 30, 2026

Respectfully submitted,

JENNER & BLOCK LLP

/s/ *Matthew S. Hellman*
Matthew S. Hellman

Matthew S. Hellman (#484132)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066
MHellman@jenner.com

Daniel J. Weiss (pro hac vice)
Maria C. Gonzalez (pro hac vice)
353 N. Clark Street
Chicago, Illinois 60654-3456
Phone: 312 222-9350
DWeiss@jenner.com
MGonzalez@jenner.com

*Attorneys for Jenner & Block*